IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN PATRICK MCGUIRE,

    Plaintiff,

  v.

WILLIAM FRYE, et al.,

    Defendants.
                             /

No. C 15-05224 WHA

**ORDER GRANTING REQUEST TO EXTEND DEADLINE RE LEAVE TO FILE AMENDED COMPLAINT**

A previous order adopted in full the report of Magistrate Judge Joe Spero, which recommended that plaintiff John McGuire's pro se complaint be dismissed (Dkt. No. 10). That order stated that plaintiff could seek leave to file an amended complaint by February 29, 2016. Now, plaintiff requests an extension to March 20 to file his motion for leave to file an amended complaint. The reasons given are that plaintiff has had unexpected medical issues arise and needs more time to investigate his case. Good cause shown, plaintiff's request is **GRANTED**. Plaintiff shall seek to leave to file an amended complaint by **NOON ON MARCH 20, 2016.** A proposed amended complaint must be appended to the motion, should clearly explain how the proposed amendments address the defects listed in Judge Spero's report, and should include as an exhibit a redlined or highlighted version identifying all changes. No more extensions will be granted.

**IT IS SO ORDERED.**

Dated: February 25, 2016.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE