IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK MCGUIRE,<br><br>   Plaintiff,<br><br>  v.<br><br>WILLIAM FRYE, et al.,<br><br>   Defendants. | No. C 15-05224 WHA<br><br>**ORDER RE PROCESS AND SERVICE OF AMENDED COMPLAINT** |

Plaintiff has timely filed his amended complaint (Dkt. No. 13). A previous order granted plaintiff's motion to proceed in forma pauperis (Dkt. No. 4). Process of plaintiff's amended complaint shall be issued and served without prepayment of fees.

**IT IS SO ORDERED.**

Dated: April 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE