IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK MCGUIRE,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM FRYE, et al.,<br><br>    Defendants.<br>———————————————/ | No. C 15-05224 WHA<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY** |

Plaintiff's request to appear telephonically for the hearing on August 25, 2016, is **GRANTED**. Plaintiff shall immediately contact the Courtroom Deputy Clerk Dawn Logan at 415-522-2020 to coordinate the telephonic appearance.

Counsel for defendants shall appear in person for the hearing.

**IT IS SO ORDERED.**

Dated: August 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE