IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN PATRICK MCGUIRE,

    Plaintiff,

v.

WILLIAM FRYE, et al.,

    Defendants.

No. C 15-05224 WHA

**JUDGMENT**

For the reasons stated in the order dismissing the action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff.  **THE CLERK SHALL PLEASE CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE